IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

A.D., *

Plaintiff, *

vs. *

Commissioner of Social Security, * CASE NO. 4:26-cv-415-CDL-ALS

Defendant. *

*

O R D E R

The parties have jointly moved for remand to the Commissioner. Under sentence four of the Social Security Act, 42 U.S.C. § 405(g), this Court has the authority to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand. The Commissioner requests, with the consent of Plaintiff, that the Court reverse his decision and remand this case for further consideration and administrative action (ECF No. 14). Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the cause to the Commissioner for further proceedings. *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. The

Commissioner's unopposed motion is GRANTED, the Commissioner's decision is REVERSED, and this case is hereby REMANDED. The pending recommendation from the Magistrate Judge shall be terminated as moot.

IT IS SO ORDERED, this 1st day of October, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA